**Order entered May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00628-CV

### IN RE JERRY, MARSHA, AND JASON CHAMBERS, Relators

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 81338-422**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of mandamus. We **ORDER** that relators bear the costs of this original proceeding.

/s/     JIM MOSELEY
          JUSTICE